751 A.2d 1046

IN THE MATTER OF GREGORY V. SHARKEY,
AN ATTORNEY AT LAW.

June 7, 2000.

### ORDER

The Disciplinary Review Board on December 22, 1999, having filed with the Court its decision concluding that **GREGORY V. SHARKEY** of **LAKEWOOD**, who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **GREGORY V. SHARKEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.